UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SOUTHERN ENVIRONMENTAL LAW CENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KATHERINE SCARLETT, in her official capacity as ) <br> Chief of Staff and Acting Chairman of the Council on ) <br> Environmental Quality; and COUNCIL ON ) <br> ENVIRONMENTAL QUALITY, ) <br> ) <br> Defendants. | Case No. 3:25-cv-18 <br> **MOTION FOR ADMISSION** <br> *PRO HAC VICE* |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ZOE MEHTA

Plaintiff by and through its undersigned counsel, and pursuant to Local Rule 6(d), hereby moves for the admission *pro hac vice* of Zoe Mehta. Ms. Mehta is an attorney with the Southern Environmental Law Center in the Chapel Hill, North Carolina office located at 136 East Rosemary Street, Suite 500, Chapel Hill, North Carolina 27514, and is licensed and qualified to practice law before the Supreme Court of North Carolina. Ms. Mehta can be contacted by email at zmehta@selc.org. She is not a resident of this district, nor does she have an office in this district for the practice of law. Attached hereto is a proposed Order admitting Ms. Mehta to appear and sign pleadings in this case *pro hac vice* as counsel for Plaintiff.

Respectfully submitted, this third day of April, 2025.

/s/ Katherine Coffey
Katherine Coffey
Virginia Bar Number: 99602
Attorney for Plaintiff
Southern Environmental Law Center
120 Garrett Street, Suite 400
Charlottesville, VA 22902
Telephone: (434) 977-4090
Email: kcoffey@selc.org

**CERTIFICATE OF SERVICE**

I certify that on April 3rd, 2025, I electronically filed the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF ZOE MEHTA with the Court using the CM/ECF system, which will notify all counsel of record.

/s/ Katherine Coffey
Katherine Coffey

*Attorney for Plaintiff*
