# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ENVIRONMENTAL LAW CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:25-CV-00018 |
| COUNCIL ON ENVIRONMENTAL QUALITY, | ) ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR A STAY OF ONGOING PRODUCTION
IN LIGHT OF UNITED STATES GOVERNMENT CESSATION**

The United States of America hereby moves for a stay of ongoing FOIA processing and

production in the above-captioned case. In support thereof, the United States states as follows:

1. At the end of the day on September 30, 2025, the continuing resolution that had

been funding the Department of Justice expired and appropriations to the Department lapsed.

The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the

federal Defendant are prohibited from working, even on a voluntary basis, "except for

emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of

ongoing FOIA processing and production until Congress has restored appropriations to the

Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as

soon as Congress has appropriated funds for the Department. The Government requests that, at

that point, all current case-related deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of ongoing FOIA processing and production in this case until Department of Justice attorneys and other affected Executive Branch employees are permitted to resume their usual civil litigation and FOIA functions.

Respectfully submitted,

ROBERT N. TRACCI
Acting United States Attorney

Date: <u>October 1, 2025</u>

<u>/s/ Matthew G. Howells</u>
Matthew G. Howells
Assistant United States Attorney
Virginia State Bar No. 88167
P.O. Box 1709
Roanoke, VA 24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail: Matthew.Howells@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 1, 2025, I caused a true copy of the foregoing Motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

<u>/s/ Matthew G. Howells</u>
Matthew G. Howells
Assistant United States Attorney