IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SOUTHERN ENVIRONMENTAL LAW CENTER, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:25-cv-00018 |
| COUNCIL ON ENVIRONMENTAL QUALITY, ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Joint Rule 26(f) Conference Report (ECF No. 18) and the Court's Scheduling Order (ECF No. 19), Plaintiff Southern Environmental Law Center (SELC) and Defendant Council on Environmental Quality (CEQ) (collectively, "the Parties") respectfully submit this Joint Status Report.

1. On May 28, 2025, the Parties met and conferred regarding this Freedom of Information Act (FOIA) case pursuant to Federal Rule of Civil Procedure 26(f) and subsequently submitted their Joint Rule 26(f) Conference Report (ECF No. 18) to outline CEQ's anticipated document production schedule and other related matters.

2. On or about July 1, 2025, CEQ released its first production of documents to SELC, which consisted of 469 pages.

3. After the first production, the Parties met and discussed SELC's concerns about the July production's level of redaction.

4. On or about August 5, 2025, CEQ released its second production of documents to SELC, which consisted of 604 pages.

1

5. On September 5, 2025, CEQ released its third production of documents to SELC, which consisted of 111 pages.

6. In addition, on September 10, 2025, CEQ released a revised version of its first production to SELC (the July 2025 production) to provide SELC with additional information about the documents and enable SELC to better understand the nature of any claims of confidentiality, privilege, or exemption being made with respect to withheld or redacted documents in that production. The revised July re-production consisted of 438 pages.

7. On October 1, 2025, CEQ released its fourth production of documents to SELC, which consisted of 361 pages.

8. There was a lapse in appropriations that began at midnight on September 30, 2025 and lasted until November 12, 2025, which resulted in government employee furloughs and affected CEQ's ability to review and produce documents in accordance with the parties' anticipated document production schedule. Therefore, CEQ did not produce documents in the first week of November and instead anticipates releasing its next regularly scheduled production of documents to SELC on or before December 12, 2025, with subsequent productions continuing by the end of the first full week of each month as described the Joint Rule 26(f) Report (ECF No. 18).

9. As of the date of this filing, CEQ has approximately 1900 pages remaining to be reviewed as potentially responsive to SELC's FOIA request (not including the December 12, 2025 production). CEQ also has identified approximately 1470 additional pages of potentially responsive records requiring consultation with other agencies. The Parties have met numerous times, and will continue to meet periodically going forward, to discuss the productions, redactions, any potential narrowing of the requests and productions as CEQ releases additional records, any adjustments or amendments to the production schedule, and related issues.

10.     At this time, the Parties agree that CEQ will continue to process a minimum of 500 pages per month, including review and coordination with other agencies as appropriate, 40 C.F.R. § 1515.17, and release all responsive, non-exempt and non-privileged records from its processing and review on an ongoing basis as set forth in the Joint Rule 26(f) Conference Report (ECF No. 18).

11.     On November 24, 2025, SELC provided CEQ with a list of specific page numbers from approximately 50 previously produced documents for which it has requested a privilege log (*Vaughn* index).  CEQ is currently reviewing that request and will coordinate with SELC on responses to the request in the form of a *Vaughn* index as it continues to review and process documents.  The Parties will further continue to discuss the scope and specificity of the *Vaughn* index as productions continue.  The Parties agree that SELC may update its request at any time or produce additional requests for *Vaughn* indices related to any CEQ production, and the Parties acknowledge that preparing a privilege log may necessitate revisions to the processing times as discussed in the Joint Rule 26(f) Conference Report (ECF No. 18).  The Parties will continue to meet and confer to discuss the *Vaughn* index moving forward and how it might impact the production schedule, and will update the Court accordingly.

                                                      Respectfully submitted,

                                                      ROBERT N. TRACCI
                                                      Acting United States Attorney

Date:   December 2, 2025                              */s/ Matthew G. Howells*
                                                      Matthew G. Howells
                                                      Virginia State Bar No. 88167
                                                      Assistant United States Attorney
                                                      P.O. Box 1709
                                                      Roanoke, VA 24008-1709
                                                      Telephone: 540-857-2250
                                                      Email: matthew.howells@usdoj.gov
                                                      *Counsel for CEQ*

3

/s/ Zoe Mehta
Zoe Mehta
NC Bar No. 60883 (*pro hac vice*)
Southern Environmental Law Center
136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514
Telephone: (919) 967-1450
zmehta@selc.org


/s/ Katherine Coffey
Virginia Bar No. 99602
Telephone: (434) 977-4090
kcoffey@selc.org
*Counsel for SELC*


## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I caused a true copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Matthew G. Howells*
Matthew G. Howells
Assistant United States Attorney